## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| John Sinclair,<br><br>Plaintiff,<br><br>v.<br><br>Capital One Financial Corp.,<br><br>Defendant. | Civ. Action<br><br>No. _____<br><br>**NOTICE OF REMOVAL**<br><br>Removed Proceeding:<br>Superior Court of New Jersey,<br>Law Division<br>Union County<br><br>Case No. UNN-DC-012709-25 |

To:   Clerk of Court
      United States District Court for the District of New Jersey
      Martin Luther King Building & U.S. Courthouse
      50 Walnut Street
      Newark, NJ 07102

      John Sinclair
      500 Boulevard, Floor 2
      Westfield, NJ 07090

      *Plaintiff Pro Se*

### <u>NOTICE OF REMOVAL</u>

Pursuant to 28 U.S.C. §§ 1331 and 1441, defendant Capital One, N.A.

(erroneously sued as "Capital One Financial Corp.") ("Capital One") submits this

notice of removal of a case from the Superior Court of New Jersey, Law Division,

Special Civil Part, Union County, to the United States District Court for the District

of New Jersey.  In further support of this Notice of Removal, Capital One states as follows:

1.    On June 26, 2025, plaintiff John Sinclair ("Plaintiff") filed a civil action complaint (the "Complaint") against Capital One docketed as UNN-DC-012709-25, in the Superior Court of New Jersey, Law Division, Special Civil Part, Union County (the "State Court Action").  A true and correct copy of Complaint is attached hereto as **Exhibit 1** pursuant to 28 U.S.C. § 1446(a).

2.    Capital One received the Complaint on or about July 15, 2025.

3.    In the Complaint, Plaintiff asserts claims against Capital One for, *inter alia*, violations of the federal Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq*. (the "FCRA").  *See generally* Exhibit 1, Complaint ("Compl.").

4.    Capital One has not answered, moved or otherwise responded to the Complaint.

5.    Capital One now timely files this Notice of Removal within 30 days of its receipt of the Complaint in accordance with 28 U.S.C. § 1446(b).

## **PARTIES**

6.    Plaintiff is a citizen of the State of New Jersey.  *See generally* Compl.

7.    Capital One is a national banking association headquartered in the Commonwealth of Virginia.

**FEDERAL QUESTION JURISDICTION**

8.    Removal is appropriate under 28 U.S.C. § 1331 as Plaintiff asserts claims under federal statutes, specifically the FCRA.

9.    This Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1331 because one of Plaintiff's claims is founded on a claim or right arising under the laws of the United States.

10.    Under 28 U.S.C. § 1331, removal is appropriate if the district court has original jurisdiction founded on a claim or right arising under the laws of the United States, and such an action is subject to removal without regard to the citizenship or residence of the parties.

11.    Federal question jurisdiction is available in actions involving state law claims where those claims necessarily involve the resolution of underlying disputed questions of federal law. *See, e.g., Grable & Sons Metal Prods. v. Darue Eng'g & Mfg.*, 545 U.S. 308, 315-16 (2005) (recognizing that federal question jurisdiction "will lie over state-law claims that implicate significant federal issues").

12.    This Court has supplemental jurisdiction over the state-law claims asserted herein by Plaintiff.  28 U.S.C. § 1367(a).

13.    Plaintiff alleges Capital One violated the FCRA.  *See* Compl.

14.    This Court has jurisdiction over all claims brought under these federal statutes and, as such, federal question jurisdiction exists under 28 U.S.C. § 1331.

15. As Plaintiff's claims are grounded in federal law, this Court has jurisdiction over the case, and removal is appropriate under 28 U.S.C. § 1331.

## VENUE

16. Under 28 U.S.C. § 1441(a), venue is proper in this Court because the United States District Court for the District of New Jersey is the proper venue because it embraces the place where the State Court Action is pending.

## NOTICE TO STATE COURT AND PLAINTIFF

17. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all remaining process, pleadings, and orders filed in this case to date in the Superior Court of New Jersey, Law Division, Union County, New Jersey are attached hereto as **Exhibit 2**.

18. The Notice of Removal is signed pursuant to Fed. R. Civ. P. 11. *See* 28 U.S.C. § 1446(a).

19. Written notice of the filing of this Notice of Removal is being served on Plaintiff and filed with the clerk of the Superior Court of New Jersey, Law Division, Special Civil Part, Union County pursuant to 28 U.S.C. § 1446(d). A true and correct copy of the Notice of Filing Notice of Removal is attached hereto as **Exhibit 3**.

20. By filing this Notice of Removal, Capital One does not waive any defense that may be available to it, including, but not limited to, the right to contest

*in personam* jurisdiction; incomplete process; improper service of process; and/or improper venue, in this Court or in the court from which this action has been removed.

21.   Based on the foregoing, this Court has jurisdiction pursuant to 28 U.S.C. § 1331 and this matter is hereby removed to this Court under 28 U.S.C. § 1441.

**WHEREFORE**, Capital One respectfully requests that the State Court Action, now pending in the Superior Court of New Jersey, Law Division, Special Civil Part, Union County, be removed to the United States District Court for the District of New Jersey pursuant to 28 U.S.C. §§ 1441.


Dated: August 8, 2025                    */s/ Andrew M. Carobus*
                                         Andrew M. Carobus, Esquire
                                         NJ Attorney ID No. 005022006
                                         **BALLARD SPAHR LLP**
                                         700 East Gate Drive, Suite 330
                                         Mount Laurel, NJ 08054-0015
                                         Telephone: 856.761.3400
                                         Facsimile: 856.761.1020

                                         *Attorney for Defendant,*
                                         *Capital One, N.A*